1:14-cv-1018 SecP

RECEIVED
MAY 19 2014
TONY R. MOORE, CLERK
BY DEPUTY

May 12, 2014

Dear Clerk United States District Court

I'm writing you to introduce three seperate intentional incidents while incarcerated at an medium security facility. This Adult Offender Doc#613324 Andrea C. Tillman detained at CCA Winn Correctional Center. I have experienced my legal mail tampered and disrupted and I have been a victim of sexual harassment by Case Manager K. Bradford.

A few months ago as I was occupying myself inside a cell out, of no where. Unit Manager Captain Toler pepper sprayed me without an reason, without a verbal direct order. I was not causing any violence or disturbance to suffer cruel and unusual punishment, as I suffered bodily injuries and Captain Toler negelected me to receive medical assistance. Still to this day, I have chest pains off an on, ever since Captain Toler pepper sprayed me without a reason or cause. At night I suffer with medium rare headaches, this also started the day, I was pepper sprayed. Case Manager K. Bradford recorded this incident, and plus the medical nurse had knowledge about this incident, but failed to perform their regular job.

All these improper procedures, rules and regulations was reported to the Wardens Office, but some fail to comply with investigation, and claim they did not receive my Louisiana Department Public of Safety and Corrections Administrative Remedy Procedures. When I myself dropped the mail into the ARP box. They claim they received one but not the other, when I personally dropped them all together in the ARP box. A tactic they use to make me give up for an Administrative Remedy. Next pages will inform you each copy of my Administrative Remedy Procedures, I mailed out to the Wardens Office.

May 12, 2014

Administrative Remedy Procedure
Louisiana Department of Public Safety And Corrections
Winn Correctional Center This A Request
For Administrative Remedy

Name of Offender: Andrea Tillman Number: 613324
Date of Incident: 1-4-14, 1-20-14, 1-22-14, 1-24-14
Place of Incident: Cypress Unit B2 tier cell #4
Time of Incident: approx 10 am to 5 pm
Describe Nature of Complaint (who, what, when, where, how)

On 1-20-14 approx. 10 am to 5pm

Case Manager K. Bradford encountered me licking her lips, winking her eyes, stating sexual explicit soliciting languges such as "let me see your dick, damn your dick is big, it don't take me twenty minutes to catch an orgasim." She was looking directly at me saying sexual words in a defiant manner. Different dates and times she sexual harassed me, with the intent to arouse her sexual desires gratifying the sexual desire of a Adult Offender.

Case Manager K. Bradford should be recorded by the Cypress Unit surveillance camera, to show she was on the tier by my cell making sexual remarks, gestures, or sounds; flirt. "Prison Rape Elimination Act of 2003" ("PREA"): A federal law enacted to establish a zero-tolerence standard for the incidence of sexual assault within an institutional setting. Those sexual behaviors by Case Manager Bradford are prohibited.

My cellmate William Woods #598871 was a witness to this incident, Date of 1-20-14, 1-22-14, 1-24-14. This lady has a past record of this behavior. To overt display of affection in a manner that may elicit sexual arousal with anyone is prohibited.

May 12, 2014

Administrative Remedy Procedure
Louisiana Department of Public Safety And Corrections
Winn Correctional Center This A Request
For Administrative Remedy

Name of Offender and Number: Andrea Tillman #613324
Date of Incident: April 25, 2014
Place of Incident: Cypress Unit C1 tier cell #8
Time of Incident: approx. 4:15 pm to 5:15 pm

Date of 4-25-14 approximately 4:15 pm to 5:15 pm at Winn Correctional Center in Cypress Unit C1 tier cell #8. This Adult Offender Doc #613324 Andrea Tillman. I experienced the violation of tampered and disrupted legal mail by Cypress Unit Case Manager Bradford. My legal mail was opened closed with clear tape before handed to me. Case Manager Bradford approached my cell on C1 tier cell #8 in Cypress Unit. Stating "you have legal mail." I accepted the legal mail as I signed my name in the Record Keeping Book. As she left my cell. I noticed back of my legal mail was opened and closed with clear tape. I yelled her name to get her attention, but she already lefted the building. My legal mail was sent by Winn Parish Clerk of Court 8th District Donald E. Kelly! Case Manager Bradford or maybe an inmate read my legal mail! Without my consent without me as an witness. All legal mail was to be shown to "Case Manager" that the legal mail is received without illegality. But, instead Case Manager Bradford or an inmate opened my legal mail to inform them-selves of my legal Private Information, that's supposed to be confidential! I still have my legal mail open closed with clear tape for future evidence for prosecution!

Back Page → →

Tampering and disrupting legal mail is an federal United States violation! I want Justice, Relief to highest of my satisfaction! There is no explanation, justification or excuse for your corruption!

May 12, 2014

Administrative Remedy Procedure
Louisiana Department of Public Safety And Corrections
Winn Correctional Center This A Request
For Administrative Remedy

Name of Offender and Number: Andrea Tillman #613324
Date of Incident: ~~Apr~~ January 22, 2014
Place of Incident: Cypress Unit B2 tier cell #4
Time of Incident: approx. 10 am to 2 pm

Date of 1-22-14 approximately 10am to 2pm at Winn Correctional Center in Cypress Unit B2 tier cell #4. This Adult Offender Doc# 613324 Andrea Tillman. I was not causing disturbance or provoking violence. Captain Toler "Unit Manager" and K. Bradford "Case Manager," approached my cell as Case Manager Bradford, was holding an camera recorder as Captain Toler feroicous, out of anger and aggression started pepper spraying my cellmate and I. Capt. Toler did not give any verbal direct order! After spraying for 10 to 15 seconds, he left me inside my cell and left, as I yelled that I need to see medical assistance. But, he refused negelecting me of medical assistance. Hours pass by and still noone came for my rescue. I suffered bodily injuries, minor skin irritation to the face, headaches, chest pains, skin inflammation to lower body. Captain Toler and Case Manager Bradford violated CCA Winn Correctional Center, The Louisiana Department of Corrections rules and regulations, policies and procedures as well as CCA Corporate Polices and Unit Policies. Captain Toler committed the crime of aggravated assault. I want Justice, Relief, to highest of my satisfaction. There is no explanation, justisfication or excuse for your corruption!

May 12, 2014

I want help! Please send me documents and information to inform me, on how to file an lawsuit and press criminal state and federal charges, on these individuals, plus there is an hit out on my life, for speaking the truth about the violations and inconsistencies, within CCA Winn Correctional Administration.

Please, please send me forms, proper procedures to file an civil suit! If, you can file an suit for me, than please let me know and send me the proper remedies to inform me, about the steps are taken to answer and solve the problem at hand.

Thank you so much for reading my horrible unconstitutional and federal violations experiences. Please write back and send me some paperwork.

Thanks!

Andrea Tillman
Doc# 613324
Winn Correctional Center

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 19 2014
TONY R. MOORE, CLERK
BY ______ DEPUTY

My Son, Andre Tellman 613324
I need Someone to mail the
legal responds back to my
address I will mail them to
my son.

Sylvia Tellman
1300 Ridgefield AVE
Thibodaux, LA 70301

Thanks
MS. Tellman

If you need to speak to me
Please feel free to call @
985-271-0387