Ms. Sylvia Tillman
1300 Ridgefield AVE
Thibodaux, LA 70301

NEW ORLEANS LA 700
15 MAY 2014 PM 3 L



Clerk United States District Court
Western District of Louisiana Courthouse
300 Fannin St. Suite 1167
Shreveport, LA 71101-3083

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 1 9 2014

TONY R. MOORE, CLERK
BY ______ DEPUTY

71101312292