

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA C. TILLMAN (#613324) | DOCKET NO. 14-CV-1018; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| K. BRADFORD, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's request for temporary restraining order [Doc. #87] is hereby **DENIED**.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 2nd day of July, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE