RECEIVED
OCT 16 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA C. TILLMAN,<br>Appellant | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-01018 |
| VERSUS | |
| K. BRADFORD, et al.,<br>Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Tillman's motion for summary judgment (Doc. 99) is DENIED, a SUMMARY JUDGMENT IS ENTERED IN FAVOR OF ALL DEFENDANTS ON ALL CLAIMS, and Tillman's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16th day of October, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE